UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DARIANA DURDACH, | : | CIVIL NO: 3:20-CV-00926 |
| Plaintiff, | : | (Magistrate Judge Schwab) |
| v. | : | |
| LM GENERAL INSURANCE COMPANY, | : | |
| Defendant. | : | |

### ORDER
January 11, 2021

For the reasons set forth in the Memorandum Opinion filed concurrently with this Order, **IT IS ORDERED** that the defendant's motion (*doc. 13*) to dismiss the bad faith claim (Count II of the amended complaint) is **GRANTED**. **IT IS FURTHER ORDERED** that Durdach may filed a second amended complaint within 21 days of the date of this Order.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge